TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-12-00070-CV






Destry W. Kittman, Glendee Kittman and Martha S. Kittman, Appellants


v.


W. Shane Kittman, Donald E. Arthur and Gwen B. Arthur, Appellees






FROM THE DISTRICT COURT OF BURNET COUNTY, 33RD JUDICIAL DISTRICT

NO. 36643, HONORABLE GUILFORD L. JONES III, JUDGE PRESIDING





O R D E R

PER CURIAM

 Counsel for appellants Destry W. Kittman, Glendee Kittman, and Martha S. Kittman
has filed an unopposed motion to withdraw and substitute counsel, asking that Scott King Field
and the Field Law Firm be permitted to withdraw from representing the appellants and that J. Bruce
Bennett of the law firm of Cardwell, Hart & Bennett, LLP be substituted as the appellants' counsel.
We grant the motion. See Tex. R. App. P. 6.5.

 It is ordered on December 13, 2012.



Before Chief Justice Jones, Justices Pemberton and Rose